WRIGHT, FINLAY & ZAK, LLP
Sanford Shatz, Esq, SBN 127229
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
tchvat@wrightlegal.net

Attorneys for Defendant, E MORTGAGE CAPITAL, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY FRATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC.,<br><br>Defendant. | Case No.: 8:26-cv-00884-CV-JDE<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP RULE 7.1-1**<br><br>Complaint filed: April 13, 2026 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendant E MORTGAGE CAPITAL, INC. ("Defendant") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal:

1. Stacey Frater – Plaintiff;

2. E Mortgage Capital, Inc. a California Corporation – Defendant.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP,

Dated: July 2, 2026

By: ***/s/ Sanford Shatz***

Sanford Shatz, Esq.
Attorneys for Defendant,
E MORTGAGE CAPITAL, INC.

**PROOF OF SERVICE**
***U.S.D.C. Case* 8:26-cv-00884**

I, Kim Walsh, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On July 2, 2026, I served the within **NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP RULE 7.1-1** on all interested parties in this action as follows:

[ ] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY OVERNIGHT- NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by FedEx Overnight with the delivery fees provided for.

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). “A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se.”

[X] (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026 at Newport Beach, California.

*/s/ Kim Walsh*
Kim Walsh

**SERVICE LIST**
***U.S.D.C. Case No.* 8:26-cv-00884**

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*